No. 00–917.  LEE v. HALTER, ACTING COMMISSIONER OF SOCIAL SECURITY.  C. A. 9th Cir.  Certiorari denied.

No. 00–923.  McGUFFAGE ET AL. v. KRISLOV ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 00–924.  SIMMONS v. CONNECTICUT.  App. Ct. Conn.  Certiorari denied.

No. 00–925.  BARTH v. KAYE, CHIEF JUDGE, COURT OF APPEALS OF NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 00–930.  WHELAN v. PALMER.  Cir. Ct. Raleigh County, W. Va.  Certiorari denied.

No. 00–931.  VINSON ET AL. v. COLOM.  C. A. 5th Cir.  Certiorari denied.

No. 00–932.  WATSON v. OCEAN COUNTY COLLEGE BOARD OF TRUSTEES ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 00–933.  WATSON v. SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY.  C. A. 3d Cir.  Certiorari denied.

No. 00–934.  CARPENTER ET UX. v. PRODUCER SPORTFISHING, INC., ET AL.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 00–936.  CARLSON v. HYUNDAI MOTOR CO. ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 00–940.  WOODS v. UNITED STATES POSTAL SERVICE ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 00–941.  DCT, INC., ET AL. v. OLYMPIC STEEL, INC.  C. A. 6th Cir.  Certiorari denied.

No. 00–943.  HARRIS v. LADNER ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 00–944.  NESLO v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 00–950.  EVERETT INDUSTRIES, INC. v. PATEL ET AL.  App. Ct. Mass.  Certiorari denied.